# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRILEISE BARBER, individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.<br><br>Defendant. | Civil Action No. 2:17-cv-01227 |

## JOINT STIPULATION OF DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Trileise Barber ("Plaintiff") and Defendant Santander Consumer USA Inc. ("SC"), that pursuant to Federal Rule of Civil Procedure 41 all individual claims of Plaintiff in this action, including all claims asserted in Plaintiff's Complaint, are dismissed **with prejudice** as to all parties, with all parties to bear their own fees and costs. The Parties stipulate that any claims of absent putative class members asserted against SC are dismissed **without prejudice**. This action should be marked closed.

DATED: April 10 , 2018.

Respectfully submitted,

*/s/ Cynthia Z. Levin*
Cynthia Z. Levin
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
clevin@attorneysforconsumers.com

*Attorneys for Plaintiff*
*Trileise Barber*

*/s/ Jarrod D. Shaw*
Jarrod D. Shaw (Pa. Id. No. 93459)
Benjamin J. Sitter (Pa. Id. No. 317382)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
(412) 667-6000
(412) 667-6050 (fax)
jshaw@mcguirewoods.com
bsitter@mcguirewoods.com

*Attorneys for Defendant*
*Santander Consumer USA Inc.*

CERTIFICATE OF SERVICE

Filed electronically on April 10 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 10 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/Cynthia Z. Levin
Cynthia Z. Levin